UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
L.A. MURPHY, ET AL.,

          Plaintiff(s),                      Index No. 06 CV 13210

   -against-                              AFFIDAVIT OF SERVICE

KOHLBERG KRAVIS ROBERTS & COMPANY, ET AL.,

          Defendant(s).
-----------------------------------------------------------------------X
STATE OF NEW YORK    )
                          S.S.
COUNTY OF ROCKLAND    )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 22ND day of November, 2006, at approximately the time of 11:10 AM, deponent served a true copy of the SUMMONS, COMPLAINT, INDIVIDUAL PRACITICES OF JUDGE LOUIS L. STANTON, INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL upon APOLLO MANAGEMENT LP at 2 Manhattanville Road, Purchase, New York 10577, by personally delivering and leaving the same with MARIA COLASUONNO, who informed deponent that she is an receptionist authorized by APOLLO MANAGEMENT LP to receive service at that address.

        MARIA COLASUONNO is a white female, approximately 32 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 140 pounds with black hair and brown eyes.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
27th day of November, 2006

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_

_____
NOTARY PUBLIC

.S., Inc.
So. Mountain Rd
v City, NY 10956
-639-7559
w.dlsny.com