

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
L.A. MURPHY, MARVIN STERNHELL,
and HENOCH KAIMAN, on their own
Behalf and on behalf of all others similarly
situated,

          Plaintiffs,

       -against-

KOHLBERG KRAVIS ROBERTS &
COMPANY, et al.,

          Defendants.
-------------------------------------------------------------X

Case No. 06 CV 13210
(Judge Stanton)

AFFIDAVIT OF SERVICE

DISTRICT OF COLUMBIA   )
    S.S.:

DANIEL PORTNOY, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 21st day of November, 2006, at approximately the time of 11:15 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; AND INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX upon CARLYLE GROUP at 1001 Pennsylvania Avenue, N.W., Suite 220 South, Washington, DC, by personally delivering and leaving the same with DAVID PEARSON who informed deponent that he is a Vice President & General Counsel authorized by law to receive service at that address.

Inc.
adway

10013
·1220
·ny.com



 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

DAVID PEARSON is a **white** male, approximately **40** years of age, stands approximately **5** feet **11** inches tall, weighs approximately **155** pounds with **brown** hair.

_____
DANIEL PORTNOY

Sworn to before me this
**28th** day of November, 2006

_____
NOTARY PUBLIC

Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009