## Demovsky Lawyer Service

Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
L.A. MURPHY, MARVIN STERNHELL,
and HENOCH KAIMAN, on their own
Behalf and on behalf of all others similarly
situated,

              Plaintiffs,                    Case No. 06 CV 13210
                                                (Judge Stanton)

       -against-                         AFFIDAVIT OF SERVICE

KOHLBERG KRAVIS ROBERTS &
COMPANY, et al.,

              Defendants.
-------------------------------------------------------------X
STATE OF TEXAS      )
            S.S.:
COUNTY OF DALLAS  )

  Emilio Herrera, Jr.                  , being duly sworn, deposes and says that he/she is

over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party

to this action.

        That on the 22nd day of November, 2006, at approximately the time of 9:38 AM,

deponent served a true copy of the SUMMONS IN A CIVIL ACTION; CLASS ACTION

COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR

APPEAL; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; AND INDIVIDUAL

RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX upon TEXAS PACIFIC

GROUP at 301 Commerce Street, Suite 3300, Fort Worth, TX, by personally delivering and

leaving the same with BODE CLIVE who informed deponent that he is General Counsel

authorized by appointment to receive service at that address.

S., Inc.
Broadway
510
NY 10013
925-1220
.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

BODE CLIVE is a white male, approximately 50 years of age, stands approximately 5 feet 1 inches tall, weighs approximately 250 pounds with gray/white hair.

PROCESS SERVER

Emilio Herrera, Jr.
Supreme Court No. SC000000610

Sworn to before me this
28th_ day of November, 2006

NOTARY PUBLIC

MELISSA WOOLEY
MY COMMISSION EXPIRES
December 4, 2008