**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
L.A. MURPHY, MARVIN STERNHELL,
and HENOCH KAIMAN, on their own
Behalf and on behalf of all others similarly
situated,

           Plaintiffs,

      -against-

KOHLBERG KRAVIS ROBERTS &
COMPANY, et al.,

          Defendants.
------------------------------------------------------X

Case No. 06 CV 13210
(Judge Stanton)

AFFIDAVIT OF SERVICE

STATE OF MASSACHUSETTS  )
                S.S.:
COUNTY OF PLYMOUTH      )

        PETER C. MURPHY, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 22nd day of November, 2006, at approximately the time of 11:45 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; AND INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX upon BAIN CAPITAL LLC at Corporation Service Company, 84 State Street, Boston, MA, by personally delivering and leaving the same with BERNARDO MONTANEZ who informed deponent that he is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

Dockets.Justia.com

 

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

BERNARDO MONTANEZ is a white male, approximately 30 years of age, stands

approximately 5 feet 9 inches tall, weighs approximately 175 pounds with brown hair and brown

eyes.

PETER C. MURPHY

Sworn to before me this
29 day of November, 2006

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com