**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
L.A. MURPHY, MARVIN STERNHELL,
and HENOCH KAIMAN, on their own
Behalf and on behalf of all others similarly
situated,

        Plaintiffs,

        Case No. 06 CV 13210
        (Judge Stanton)

      -against-

        AFFIDAVIT OF SERVICE

KOHLBERG KRAVIS ROBERTS &
COMPANY, et al.,

        Defendants.
----------------------------------------X
STATE OF MASSACHUSETTS  )
        S.S.:
COUNTY OF PLYMOUTH      )

        PETER C. MURPHY, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 22nd day of November, 2006, at approximately the time of 12:45 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; AND INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX upon THOMAS H. LEE PARTNERS c/o Wendy L. Masler at 100 Federal Street, Boston, MA, by personally delivering and leaving the same with JOE PESCE who informed deponent that he is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

JOE PESCE is a white male, approximately 55 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 200 pounds with brown hair and brown eyes.

_____
PETER C. MURPHY

Sworn to before me this
29 day of November, 2006

_____
NOTARY PUBLIC

.L.S., Inc.
)1 Broadway
℮ 510
Y, NY 10013
12-925-1220
ww.dlsny.com