**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
L.A. MURPHY, MARVIN STERNHELL,
and HENOCH KAIMAN, on their own
Behalf and on behalf of all others similarly
situated,

        Plaintiffs,

        -against-

KOHLBERG KRAVIS ROBERTS &
COMPANY, et al.,

        Defendants.
-------------------------------------------------------------X

Case No. 06 CV 13210
(Judge Stanton)

AFFIDAVIT OF SERVICE

STATE OF RHODE ISLAND  )
        S.S.:
COUNTY OF PROVIDENCE  )

        PAUL G. HUGHES, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 21st day of November, 2006, at approximately the time of 1:15 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; AND INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX upon PROVIDENCE EQUITY PARTNERS at 50 Kennedy Plaza, 18th Floor, Providence, RI, by personally delivering and leaving the same with GLENN M. CREAMER who informed deponent that he is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



### Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

GLENN M. CREAMER is a white male, approximately 38 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 165 pounds with brown hair.

*/s/ Paul G. Hughes*
PAUL G. HUGHES

Sworn to before me this
29 day of November, 2006

*/s/ S. Mallinson*
NOTARY PUBLIC

S.L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires Aug. 16, 2010

L.S., Inc.
1 Broadway
: 510
(, NY 10013
2-925-1220
vw.dlsny.com