

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
L.A. MURPHY, MARVIN STERNHELL,
and HENOCH KAJMAN, on their own
Behalf and on behalf of all others similarly
situated,

        Plaintiffs,

-against-

KOHLBERG KRAVIS ROBERTS &
COMPANY, et al.,

        Defendants.
---------------------------------------------------------X

Case No. 06 CV 13210
(Judge Stanton)

AFFIDAVIT OF SERVICE

STATE OF ILLINOIS   )
        S.S.:
COUNTY OF COOK   )

AARON WILLOUGHBY, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 21st day of November, 2006, at approximately the time of 12:48 pm deponent served a true copy of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON; AND INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX upon MADISON DEARBORN PARTNERS at Three First National Plaza, Suite 3800, Chicago, IL, by personally delivering and leaving the same with ANNIE TERRY who informed deponent that she is authorized by appointment to receive service at that address.

.S., Inc.
Broadway
510
, NY 10013
-925-1220
w.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

ANNIE TERRY is a White female, approximately 32 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with Black hair.

_____
PROCESS SERVER

Sworn to before me this
28 day of November, 2006

_____
NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2007

.S., Inc.
Broadway
510
NY 10013
-925-1220
w.dlsny.com