# UNITED STATES DISTRICT COURT

Southern District of New York

L. A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN,
on their own
behalf and on behalf of all others similarly
situated

V.

KOHLBERG KRAVIS ROBERTS & COMPANY;
CARLYLE GROUP; CLAYTON, DUBILIER & RICE;
SILVER LAKE PARTNERS; BLACKSTONE GROUP;
BAIN CAPITAL LLC; THOMAS H. LEE
PARTNERS; TEXAS PACIFIC GROUP; MADISON
DEARBORN PARTNERS; APOLLO MANAGEMENT LP;
PROVIDENCE EQUITY PARTNERS;
MERRILL LYNCH AND CO., INC.;
and WARBURG PINCUS, LLC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**06 CV 13210**

JUDGE STANTON

TO: (Name and address of Defendant)

WARBURG PINCUS, LLC.,
466 Lexington Avenue,
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Fred T. Isquith, Gregory Nespole, Gustavo Bruckner
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

NOV 1 5 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 11/17/06 |
| NAME OF SERVER (PRINT) KAVEH DABASHI | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon CRT offices, service agent for Defendant, on "Elena", 5'4", blonde hair, brown eyes, 110 lbs., Caucasian

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/5/06
Date

Signature of Server

270 Madison Avenue, 10th Floor
Address of Server
New York, NY 10016

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.