Murphy et al v. Kohlberg Kravis Roberts & Company et al
Case 1:06-cv-13210-LLS    Document 16    Filed 12/08/2006    Page 1 of 15
Doc. 16

*STANTON, S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/06
```

---------------------------------------------------------------x

L.A. MURPHY, MARVIN STERNHELL, and  :
HENOCH KAIMAN, on their own behalf and on  :
behalf of all others similarly situated,  :
:
Plaintiffs, :
:
vs. :
:
KOHLBERG KRAVIS ROBERTS & COMPANY; :
CARLYLE GROUP; CLAYTON, DUBILIER & : Case No.: 06 CV 13210 (LLS)
RICE; SILVER LAKE PARTNERS; :
BLACKSTONE GROUP; BAIN CAPITAL LLC; :
THOMAS H. LEE PARTNERS; TEXAS PACIFIC :
GROUP; MADISON DEARBORN PARTNERS; :
APOLLO MANAGEMENT LP; PROVIDENCE :
EQUITY PARTNERS; MERRILL LYNCH AND :
CO., INC.; and WARBURG PINCUS, LLC., :
:
Defendants. :
:
---------------------------------------------------------------x

### STIPULATION AND [PROPOSED] ORDER
### EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the

parties through their undersigned attorneys, subject to the approval of the Court, that the

time for all defendants to move, answer, or otherwise respond to the complaint in this

action is extended from December 7, 2006, the time for the first-served defendants to

move, answer or otherwise respond to the complaint, through and including February 16,

2007. No previous request for an extension of the time to respond to the complaint in this

case has been made.

FURTHER, defendants acknowledge that they have been served with the

complaint in this case and will not assert defenses based on service of process.

Dated: December 6, 2006

-06-06 17:04 SIMPSON THACHER & BARTLETT LLP    ID=2124553319    P02

WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP

By:

Fred T. Isquith (FI 6782)
Gregory Nespole (GN 6820)
Gustavo Bruckner (GB 770)
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

- and -

Mary Jane Edelstein Fait (ME 1434)
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

*Attorneys for Plaintiffs*
*L. A. Murphy, Marvin Sternhell and*
*Henoch Kaiman*

SIMPSON THACHER & BARTLETT LLP

By:

Joseph F. Tringali (JT 9575)
Paul C. Gluckow (PG 0159)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendant*
*Kohlberg Kravis Roberts & Company*

LATHAM & WATKINS LLP

By: _____

Kenneth Conboy (KC 1154)
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

-and-

E. Marcellus Williamson (EW 0026)
William R. Sherman (WS 0888)
555 11th Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 627-2201

*Attorneys for Defendant*
*TC Group, L.L.C. (sued herein as Carlyle Group)*

DEBEVOISE & PLIMPTON LLP

By: _____

John H. Hall (JH 1884)
Gary W. Kubek (GK 1739)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendant*
*Clayton, Dubilier & Rice*

LATHAM & WATKINS LLP


By:
_____
Kenneth Conboy (KC 1154)
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

-and-

E. Marcellus Williamson (EW 0026)
William R. Sherman (WS 0888)
555 11ᵗʰ Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 627-2201

*Attorneys for Defendant*
*TC Group, L.L.C. (sued herein as Carlyle Group)*



DEBEVOISE & PLIMPTON LLP


By:
_____
John H. Hall (JH 1884)
Gary W. Kubek (GK 1739)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendant*
*Clayton, Dubilier & Rice*

HUNTON & WILLIAMS LLP

By:        _____
           Wesley R. Powell (WP 7857)
           200 Park Avenue
           New York, NY 10166
           Telephone:  (212) 309-1000
           Facsimile:  (212) 309-1100

           *Attorneys for Defendant*
           *Silver Lake Partners*

SIMPSON THACHER & BARTLETT LLP

By: _____
Kevin Arquit (KA 2139)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

- and -

Peter C. Thomas (PT 5677)
601 Pennsylvania Avenue, NW
North Building
Washington, D.C. 20004
Telephone: (202) 220-7735
Facsimile: (202) 220-7702

*Attorneys for Defendant*
*Blackstone Group*

KIRKLAND & ELLIS LLP

By: _____
Thomas D. Yannucci, P.C.
Craig S. Primis (CP 5921)
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

- and -

James H. Mutchnik
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant*
*Bain Capital LLC*

SIMPSON THACHER & BARTLETT LLP

By:

_____
Kevin Arquit (KA 2139)
425 Lexington Avenue
New York, NY  10017-3954
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

- and -

Peter C. Thomas (PT 5677)
601 Pennsylvania Avenue, NW
North Building
Washington, D.C.  20004
Telephone:  (202) 220-7735
Facsimile:  (202) 220-7702

*Attorneys for Defendant
Blackstone Group*

KIRKLAND & ELLIS LLP

By:

_____
Thomas D. Yannucci, P.C.
Craig S. Primis (CP 5921)
655 Fifteenth Street, NW
Washington, DC  20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

- and -

James H. Mutchnik
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

*Attorneys for Defendant
Bain Capital LLC*

By: _____

Helene D. Jaffe, Esq. (HJ 8435)
Alan J. Weinschel, Esq. (AW 5659)
Fiona A. Schaeffer, Esq. (FS 2839)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: 212-310-8000
Fax: 212-310-8007

*Counsel for Thomas H. Lee Partners*

WEIL, GOTSHAL & MANGES LLP

By:

_____
Helene D. Jaffe (HJ 8435)
Alan J. Weinschel (AW 5659)
Fiona A. Schaeffer (FS 2839)
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Facsmile: 212-310-8007

*Counsel for Defendant Thomas H. Lee Partners*


ARNOLD & PORTER LLP


By:     *Nancy G. Milburn*
_____
Nancy G. Milburn (NM 9691)
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

- and -

William J. Baer
Franklin Liss
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant*
*Tarrant Partners, L.P.*
*(sued herein as Texas Pacific Group)*

KIRKLAND & ELLIS LLP

By:     *Peter A. Bella* [signature]

Peter A. Bellacosa (PB 2394)
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Richard C. Godfrey
J. Robert Robertson
200 East Randsolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant*
*Madison Dearborn Partners*

O'MELVENY & MYERS LLP

By:     _____

Jonathan Rosenberg (JR9739)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

- and -

Richard Parker
Ian Simmons
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

*Attorneys for Defendant*
*Apollo Management LP*

KIRKLAND & ELLIS LLP

By: _____

Peter A. Bellacosa (PB 2394)
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Richard C. Godfrey
J. Robert Robertson
200 East Randsolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant*
*Madison Dearborn Partners*

O'MELVENY & MYERS LLP

By: _____

Jonathan Rosenberg (JR9739)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

- and -

Richard Parker
Ian Simmons
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

*Attorneys for Defendant*
*Apollo Management LP*

WEIL, GOTSHAL & MANGES LLP


By:    _JAMES  C  EGAN_ /
       James C. Egan, Jr. (JE 1875)      /ECL
       1300 Eye Street, N.W.
       Washington, D.C.  20005
       Telephone:  (202) 682-7000
       Facsimile:  (202) 857-0940

       *Attorneys for Defendant*
       *Providence Equity Partners*



SHEARMAN & STERLING LLP


By:
       _____
       Kenneth M. Kramer (KK1462)
       Wayne Dale Collins (WC 0518)
       Jerome S. Fortinsky (JF 1103)
       Daniel M. Segal (DS 2106)
       599 Lexington Avenue
       New York, NY  10022
       Telephone:  (212) 848-4000
       Facsimile:  (646) 848-7179

       *Attorneys for Defendant*
       *Merrill Lynch & Co., Inc.*



WILLKIE FARR & GALLAGHER LLP


By:
       _____
       Richard L. Posen  (RP 3593)
       Roger D. Netzer (RN 7190)
       787 Seventh Avenue
       New York, NY  10019
       Telephone:  (212) 728-8000
       Facsimile:  (212) 728-8111

       *Attorneys for Defendant*
       *Warburg Pincus LLC*

WEIL, GOTSHAL & MANGES LLP

By: _____

James C. Egan, Jr. (JE 1875)
1300 Eye Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940

*Attorneys for Defendant*
*Providence Equity Partners*


SHEARMAN & STERLING LLP

By: _____

Kenneth M. Kramer (KK1462)
Wayne Dale Collins (WC 0518)
Jerome S. Fortinsky (JF 1103)
Daniel M. Segal (DS 2106)
599 Lexington Avenue
New York, NY  10022
Telephone:  (212) 848-4000
Facsimile:  (646) 848-7179

*Attorneys for Defendant*
*Merrill Lynch & Co., Inc.*


WILLKIE FARR & GALLAGHER LLP

By: _____

Richard L. Posen  (RP 3593)
Roger D. Netzer (RN 7190)
787 Seventh Avenue
New York, NY  10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111

*Attorneys for Defendant*
*Warburg Pincus LLC*

WEIL, GOTSHAL & MANGES LLP


By:
_____
James C. Egan, Jr. (JE 1875)
1300 Eye Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940

*Attorneys for Defendant*
*Providence Equity Partners*


SHEARMAN & STERLING LLP


By:
_____
Kenneth M. Kramer (KK1462)
Wayne Dale Collins (WC 0518)
Jerome S. Fortinsky (JF 1103)
Daniel M. Segal (DS 2106)
599 Lexington Avenue
New York, NY  10022
Telephone:  (212) 848-4000
Facsimile:  (646) 848-7179

*Attorneys for Defendant*
*Merrill Lynch & Co., Inc.*


WILLKIE FARR & GALLAGHER LLP


By:
_____
Richard L. Posen  (RP 8593)
Roger D. Netzer (RN 7190)
787 Seventh Avenue
New York, NY  10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111

*Attorneys for Defendant*
*Warburg Pincus LLC*

SO ORDERED:

_Louis L. Stanton_
U.S.D.J.
12/8/06