ENDORSED **ORIGINAL**

SCANNED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/07

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; and WARBURG PINCUS, LLC.,<br><br>Defendants. | Case No.: 06 CV 13210 (LLS)<br><br>**MOTION TO ADMIT IAN T. SIMMONS, ESQ. AND RICHARD G. PARKER, ESQ.** *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Jonathan Rosenberg and the original certificates of good standing annexed thereto, I, Jonathan Rosenberg, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Ian T. Simmons, Esq. and Richard G. Parker, Esq.
> O'Melveny & Myers LLP
> 1625 Eye Street, NW
> Washington, D.C. 20006-4001
> Telephone: (202) 383-5300
> Facsimile: (202) 282-5414

*[Handwritten endorsement:] Granted. No opposition. So Ordered. Louis L. Stanton 1/29/07*

*[Left margin, handwritten vertical:] MEMORANDUM ENDORSED*

Ian T. Simmons is a member in good standing of the Bar of the District of Columbia and the Bar of the Commonwealth of Pennsylvania. Richard G. Parker is a member in good standing of the Bar of the District of Columbia and the State of California.

There are no pending disciplinary proceedings against either Ian T. Simmons or Richard G. Parker in any State or Federal court.

Date:  New York, New York
       January 3, 2007

                                Respectfully submitted:

                                O'MELVENY & MYERS LLP

                                _____
                                Jonathan Rosenberg (JR9739)
                                Times Square Tower
                                7 Times Square
                                New York, NY  10036
                                Telephone:   (212) 326-2000
                                Facsimile:   (212) 326-2061

                                *Attorneys for Defendant*
                                *Apollo Management LP*