MEMORANDUM ENDORSED ORIGINAL

DOC # 18

Peter A. Bellacosa (PB-2394)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/07
```

| | |
|---|---|
| L. A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; and WARBURG PINCUS, LLP., <br><br> Defendants. | Case No.:   06 CV 13210 (LLS) <br><br> ECF Case <br><br><br> **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Peter A. Bellacosa, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Richard C. Godfrey |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 East Randolph Drive |
| City/State/Zip: | Chicago, IL 60601-6636 |
| Phone Number: | (312) 861-2391 |
| Fax Number: | (312) 861-2200 |

*Granted. No opposition. So Ordered.*
*Louis L. Stanton*
*1/29/07*

| | |
|---|---|
| Applicant's Name: | J. Robert Robertson |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 East Randolph Dr. |
| City/State/Zip: | Chicago, IL 60601-6636 |
| Phone Number: | (312) 861-2225 |
| Fax Number: | (312) 861-2200 |

| | |
|---|---|
| Applicant's Name: | Mark L. Kovner |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 655 Fifteenth Street, N.W. |
| City/State/Zip: | Washington, D.C. 20005-5793 |
| Phone Number: | (202) 879-5129 |
| Fax Number: | (202) 879-5200 |

| | |
|---|---|
| Applicant's Name: | Chong S. Park |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 655 Fifteenth Street, N.W. |
| City/State/Zip: | Washington, D.C. 20005-5793 |
| Phone Number: | (202) 879-5202 |
| Fax Number: | (202) 879-5200 |

| | |
|---|---|
| Applicant's Name: | Andrew P. Bautista |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 East Randolph Drive |
| City/State/Zip: | Chicago, IL 60601-6636 |
| Phone Number: | (312) 861-2078 |
| Fax Number: | (312) 861-2200 |

| | |
|---|---|
| Applicant's Name: | Harry N. Niska |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 East Randolph Drive |
| City/State/Zip: | Chicago, IL 60601-6636 |
| Phone Number: | (312) 469-7112 |
| Fax Number: | (312) 861-2200 |

Richard C. Godfrey is a member in good standing of the Bar of the State of Illinois. J. Robert Robertson is a member in good standing of the Bar of the States of Illinois and Texas, and the District of Columbia. Mark L. Kovner is a member in good standing of the Bar of the States of Massachusetts and the District of Columbia. Chong S. Park is a member in good standing of the Bar of the State of California and the District of Columbia. Andrew P. Bautista is

a member in good standing of the Bar of the State of Illinois. Harry N. Niska is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against Richard C. Godfrey, J. Robert Robertson, Mark L. Kovner, Chong S. Park, Andrew P. Bautista, or Harry N. Niska in any State or Federal court.

Dated: January 8, 2007
        New York, New York

                                    */s/ Peter A. Bellacosa*
                                    Peter A. Bellacosa (PB 2394)

                                    KIRKLAND & ELLIS LLP
                                    Citigroup Center
                                    153 East 53rd Street
                                    New York, New York 10022-4611
                                    Telephone:   (212) 446-4800
                                    Facsimile:   (212) 446-4900

                                    *Attorneys for Defendant Madison Dearborn Partners*