ORIGINAL

Craig S. Primis (CP 5017)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone:    (202) 879-5921
Facsimile:    (202) 879-5200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L. A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; and WARBURG PINCUS, LLP.,<br><br>Defendants. | Case No.:    06 CV 13210 (LLS)<br><br>ECF Case<br><br>MOTION TO ADMIT COUNSEL<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Craig S. Primis, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Applicant's Name:    Thomas D. Yannucci, P.C.
Firm Name:           Kirkland & Ellis LLP
Address:             655 Fifteenth Street, N.W.
City/State/Zip:      Washington, D.C. 20005-5793
Phone Number:        (202) 879-5055
Fax Number:          (202) 879-5200

Applicant's Name:   Christopher Landau
Firm Name:         Kirkland & Ellis LLP
Address:           655 Fifteenth Street, N.W.
City/State/Zip:    Washington, D.C. 20005-5793
Phone Number:      (202) 879-5081
Fax Number:        (202) 879-5200


Applicant's Name:   James H. Mutchnik, P.C.
Firm Name:         Kirkland & Ellis LLP
Address:           200 East Randolph Drive
City/State/Zip:    Chicago, IL 60601-6636
Phone Number:      (312) 861-2350
Fax Number:        (312) 861-2200


Applicant's Name:   Michael F. Williams
Firm Name:         Kirkland & Ellis LLP
Address:           655 Fifteenth Street, N.W.
City/State/Zip:    Washington, D.C. 20005-5793
Phone Number:      (202) 879-5121
Fax Number:        (202) 879-5200


Thomas D. Yannucci, P.C. is a member in good standing of the Bar of the State of Ohio and the District of Columbia. Christopher Landau is a member in good standing of the Bar of the District of Columbia. James H. Mutchnik, P.C. is a member in good standing of the Bar of the State of Illinois. Michael F. Williams is a member in good standing of the Bar of the State of New Jersey and the District of Columbia.

There are no pending disciplinary proceedings against Thomas D. Yannucci, P.C., Christopher Landau, James H. Mutchnik, P.C., or Michael F. Williams in any State or Federal court.

Dated: January 30, 2007
      Washington, D.C.

                                              */s/ Craig S. Primis*

Craig S. Primis (CP 5017)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone:  (202) 879-5921
Facsimile:  (202) 879-5200

*Attorneys for Defendant Bain Capital LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L. A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; and WARBURG PINCUS, LLP.,<br><br>Defendants. | Case No.:   06 CV 13210 (LLS)<br><br>ECF Case<br><br>**AFFIDAVIT OF CRAIG S. PRIMIS IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

Craig S. Primis, being duly sworn, hereby deposes and says as follows:

1. I am Craig S. Primis at Kirkland & Ellis LLP, counsel for Defendant Bain Capital LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Thomas D. Yannucci, P.C., Christopher Landau, James H. Mutchnik, P.C., and Michael F. Williams as counsel *pro hac vice* to represent Defendant Bain Capital LLC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Applicants Thomas D. Yannucci, P.C., Christopher Landau, and Michael F. Williams are attorneys at Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington D.C., 20005. Applicant James H. Mutchnik, P.C., is an attorney at Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois, 60601.

4. I have found Thomas D. Yannucci, P.C., Christopher Landau, James H. Mutchnik, P.C., and Michael F. Williams to be skilled attorneys and persons of integrity. They are experienced in federal practice and familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Thomas D. Yannucci, P.C., Christopher Landau, James H. Mutchnik, P.C., and Michael F. Williams, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Thomas D. Yannucci, P.C., Christopher Landau, James H. Mutchnik, P.C., and Michael F. Williams, *pro hac vice*, which is attached hereto as Exhibit A.

7. I respectfully submit certificates of good standing, issued within the last thirty days, from each of the states for which applicants Thomas D. Yannucci, P.C., Christopher Landau, James H. Mutchnik, P.C., and Michael F. Williams are members of the bar. The certificates of good standing are attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Thomas D. Yannucci, P.C., Christopher Landau, James H. Mutchnik, P.C., and Michael F. Williams, *pro hac vice*, to represent Defendant Bain Capital LLC in the above captioned matter, be granted.

Dated: January 30, 2007
Washington, DC

Respectfully submitted,

*[signature]*
Craig S. Primis (CP 5017)

District of Columbia
Sworn to before me
the 30th day of January, 2007

*[signature]*
NOTARY PUBLIC

Elizabeth A. Ester
Notary Public, District of Columbia
My Commission Expires 07-14-2007

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L. A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

- against -

KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; and WARBURG PINCUS, LLP.,

        Defendants.

Case No.:   06 CV 13210 (LLS)

ECF Case

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

---

Upon the motion of Craig S. Primis, attorney for Bain Capital LLC, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Thomas D. Yannucci, P.C.
    Firm Name:    Kirkland & Ellis LLP
    Address:    655 Fifteenth Street, N.W.
    City/State/Zip:    Washington, D.C. 20005-5793
    Phone Number:    (202) 879-505_
    Fax Number:    (202) 879-520_

    Applicant's Name:    Christopher Landau
    Firm Name:    Kirkland & Ellis LLP
    Address:    655 Fifteenth Street, N.W.
    City/State/Zip:    Washington, D.C. 20005-5793
    Phone Number:    (202) 879-508_
    Fax Number:    (202) 879-520_

    Applicant's Name:    James H. Mutchnik, P.C.
    Firm Name:    Kirkland & Ellis LLP
    Address:    200 East Randolph Dr.
    City/State/Zip:    Chicago, IL 60601-6636
    Phone Number:    (312) 861-235_
    Fax Number:    (312) 861-220_

        Applicant's Name:    Michael F. Williams
        Firm Name:          Kirkland & Ellis LLP
        Address:             655 Fifteenth Street, N.W.
        City/State/Zip:      Washington, D.C. 20005-5793
        Phone Number:    (202) 879-5121
        Fax Number:      (202) 879-5200

are admitted to practice *pro hac vice* as counsel for Bain Capital LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Dated: _____, 2007

    New York, New York



                                                      _____
                                                      United States District Judge

# The Supreme Court of Ohio

## CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Thomas David Yannucci

was admitted to the practice of law in Ohio on January 14, 1977; is in good standing with the Supreme Court of Ohio; but has registered as an inactive attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio and, therefore, is not currently entitled to practice law in this state. An attorney may request a change of status from inactive to active by filing a new certificate of registration and paying the registration fee.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 24th day of January, 2007.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Manager, Attorney Registration and CLE Section*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D.C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

THOMAS D. YANNUCCI

was on the 18th day of December, 1981 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 24, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHRISTOPHER LANDAU

was on the 12th day of October, 1990 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 24, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James Howard Mutchnik

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 14, 1989 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, January 24, 2007.

*Juleann Hornyak*
Clerk

# Supreme Court of New Jersey



## Certificate of Good Standing

This is to certify that **MICHAEL F WILLIAMS** (No. **024952001**) was constituted and appointed an Attorney at Law of New Jersey on **January 03, 2002** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 2?TH day of January, 2007

*Clerk of the Supreme Court*

-453a-



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHAEL F. WILLIAMS

was on the  10th  day of  May  2004 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 24, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I, Craig S. Primis, counsel for Bain Capital LLC, hereby certify that on the 30th day of January, 2007, I caused true and correct copies of the foregoing (1) Motion to Admit Thomas D. Yannucci, P.C., Christopher Landau, James H. Mutchnik, P.C., and Michael F. Williams *Pro Hac Vice*; (2) Affidavit of Craig S. Primis in Support of Motion to Admit Counsel *Pro Hac Vic*; and (3) [Proposed] Order for Admission *Pro Hac Vice* of Thomas D. Yannucci, P.C., Christopher Landau, James H. Mutchnik, P.C., and Michael F. Williams to be served by first class mail upon the following:

Fred T. Isquith
Gregory Nespole
Gustavo Bruckner
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY  10016

*Attorneys for Plaintiffs L.A. Murphy,*
*Marvin Sternhell and Henoch Kaiman*


Joseph F. Tringali
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017-3954

*Attorneys for Defendant*
*Kohlberg Kravis Roberts & Company*


E. Marcellus Williamson
LATHAM & WATKINS LLP
555 11th Street, NW
Washington, DC  20004-1304

*Attorneys for Defendant TC Group, L.L.C.*
*(sued herein as Carlyle Group)*


Wesley R. Powell
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY  10166

*Attorneys for Defendant*
*Silver Lake Partners*

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
FREEMEN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL  60603

*Attorneys for Plaintiffs L. A. Murphy,*
*Marvin Sternhell and Henoch Kaiman*


Kenneth Conboy
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022

*Attorneys for Defendant TC Group, L.L.C.*
*(sued herein as Carlyle Group)*


John H. Hall
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022

*Attorneys for Defendant*
*Clayton, Dubilier & Rice*


Kevin J. Arquit
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017-3954

*Attorneys for Defendant*
*Blackstone Group*

| | |
|---|---|
| Peter C. Thomas<br>SIMPSON THACHER & BARTLETT LLP<br>601 Pennsylvania Avenue, NW<br>Washington, DC   20004<br><br>*Attorneys for Defendant*<br>*Blackstone Group* | Peter A. Bellacosa<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY   10022<br><br>*Attorneys for Defendant*<br>*Madison Dearborn Partners* |
| Ian Thomas Simmons<br>Richard George Parker<br>O'MELVENY & MEYERS LLP<br>1625 Eye Street, NW<br>Washington, DC   20006<br><br>*Attorneys for Defendant*<br>*Apollo Management LP* | Mark L. Kovner<br>Chong S. Park<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793<br><br>*Attorneys for Defendant*<br>*Madison Dearborn Partners* |
| Nancy G. Milburn<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY   10022<br><br>*Attorneys for Defendant*<br>*Tarrant Partners, L.P.*<br>*(sued herein as Texas Pacific Group)* | William J. Baer<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC   20004<br><br>*Attorneys for Defendant*<br>*Tarrant Partners, L.P.*<br>*(sued herein as Texas Pacific Group)* |
| Richard C. Godfrey, P.C.<br>J. Robert Robertson<br>Andrew P. Bautista<br>Harry N. Niska<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL   60601<br><br>*Attorneys for Defendant*<br>*Madison Dearborn Partners* | Helene D. Jaffe<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY   10153<br><br>*Attorneys for Defendant*<br>*Thomas H. Lee Partners* |

James C. Egan, Jr.
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Washington, DC   20005

*Attorneys for Defendant*
*Providence Equity Partners*


Kenneth M. Kramer
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY   10022

*Attorneys for Defendant*
*Merrill Lynch & Co., Inc.*

Richard L. Posen
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY   10019

*Attorneys for Defendant*
*Warburg Pincus LLC*



_____
Craig S. Primis

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L. A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>- against -<br><br>KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; and WARBURG PINCUS, LLP.,<br><br>        Defendants. | Case No.:    06 CV 13210 (LLS)<br><br>ECF Case<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE*<br>ON WRITTEN MOTION |

Upon the motion of Craig S. Primis, attorney for Bain Capital LLC, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

    Applicant's Name:   Thomas D. Yannucci, P.C.
    Firm Name:          Kirkland & Ellis LLP
    Address:             655 Fifteenth Street, N.W.
    City/State/Zip:      Washington, D.C. 20005-5793
    Phone Number:    (202) 879-5056
    Fax Number:       (202) 879-5200

    Applicant's Name:   Christopher Landau
    Firm Name:          Kirkland & Ellis LLP
    Address:             655 Fifteenth Street, N.W.
    City/State/Zip:      Washington, D.C. 20005-5793
    Phone Number:    (202) 879-5081
    Fax Number:       (202) 879-5200

    Applicant's Name:   James H. Mutchnik, P.C.
    Firm Name:          Kirkland & Ellis LLP
    Address:             200 East Randolph Dr.
    City/State/Zip:      Chicago, IL 60601-6636
    Phone Number:    (312) 861-2350
    Fax Number:       (312) 861-2200

-2-

        Applicant's Name:    Michael F. Williams
        Firm Name:           Kirkland & Ellis LLP
        Address:              655 Fifteenth Street, N.W.
        City/State/Zip:      Washington, D.C. 20005-5793
        Phone Number:     (202) 879-5123
        Fax Number:         (202) 879-5200

are admitted to practice *pro hac vice* as counsel for Bain Capital LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2007

      New York, New York

                                                _____
                                                United States District Judge