Murphy et al v. Kohlberg Kravis Roberts & Company et al
Case 1:06-cv-13210-LLS   Document 22   Filed 02/08/2007   Page 1 of 16
Doc. 22

STANTON, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/07

-----------------------------------------------------------X

L.A. MURPHY, MARVIN STERNHELL, and
HENOCH KAIMAN, on their own behalf and on
behalf of all others similarly situated,

Plaintiffs,

vs.

KOHLBERG KRAVIS ROBERTS & COMPANY;
CARLYLE GROUP; CLAYTON, DUBILIER &
RICE; SILVER LAKE PARTNERS;
BLACKSTONE GROUP; BAIN CAPITAL LLC;
THOMAS H. LEE PARTNERS; TEXAS PACIFIC
GROUP; MADISON DEARBORN PARTNERS;
APOLLO MANAGEMENT LP; PROVIDENCE
EQUITY PARTNERS; MERRILL LYNCH AND
CO., INC.; and WARBURG PINCUS, LLC.,

Defendants.

Case No.: 06 CV 13210 (LLS)

-----------------------------------------------------------X

## STIPULATION AND [PROPOSED] ORDER
## STAYING ACTION

WHEREAS, by stipulation of the parties and Order of the Court, the date for Defendants to move against or answer the complaint in this action is currently February 16, 2007; and

WHEREAS, a conference in accordance with Federal Rule of Civil Procedure 16(b) (the "Rule 16(b) conference") is scheduled for February 16, 2007; and

WHEREAS, Defendants are prepared to file a motion to dismiss the complaint on or before February 16, 2007; and

WHEREAS, one of several grounds for Defendants' motion is that the complaint fails to plead a conspiracy under the antitrust laws; and

WHEREAS, the United States Supreme Court has recently heard oral argument on the pleading issue in actions alleging a conspiracy under the antitrust laws (*Twombly v. Bell Atlantic Corp.*, 425 F.3d 99 (2d Cir. 2005), *cert. granted*, 126 S. Ct. 2965 (2006)(argued November 27, 2006)); and

WHEREAS, plaintiffs proposed and defendants agree that it will benefit the parties and the Court and serve the interests of judicial economy to have the decision of the Supreme Court in *Twombly* before briefing the motion to dismiss.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned attorneys, subject to the approval of the Court:

1. That this action be stayed pending the Supreme Court's decision in *Twombly*.

2. That within ten (10) days of the Supreme Court's decision in *Twombly*, Plaintiffs will notify Defendants whether Plaintiffs intend to file an amended complaint in this action.

3. That any amended complaint will be filed and served by Plaintiffs within thirty (30) days of such notice.

4. That Defendants will move against or answer the operative complaint within forty-five (45) days of notice that an amended complaint will not be filed or service of an amended complaint.

5. That the Rule 16(b) conference currently scheduled for February 16, 2007 is adjourned, and will be rescheduled by the Court after Defendants file an answer to the complaint or, if Defendants move to dismiss the complaint, after the Court decides Defendants' motion to dismiss.

Dated: February 7, 2007

**SO ORDERED:**

_Louis L. Stanton_
U.S.D.J.
2/8/07

WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP

By: /s/ _____
Fred T. Isquith (FI 6782)
Gregory Nespole (GN 6820)
Gustavo Bruckner (GB 770)
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

- and -

Mary Jane Edelstein Fait (ME 1434)
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephpone: (312) 984-0000
Facsimile: (312) 984-0001

*Attorneys for Plaintiffs*
*L. A. Murphy, Marvin Sternhell and*
*Henoch Kaiman*


SIMPSON THACHER & BARTLETT LLP

By: _____
Joseph F. Tringali (JT 9575)
Paul C. Gluckow (PG 0159)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendant*
*Kohlberg Kravis Roberts & Company*

WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP


By: _____
Fred T. Isquith (FI 6782)
Gregory Nespole (GN 6820)
Gustavo Bruckner (GB 7701)
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

- and -

Mary Jane Edelstein Fait (ME 1434)
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephpone: (312) 984-0000
Facsimile: (312) 984-0001

*Attorneys for Plaintiffs*
*L. A. Murphy, Marvin Sternhell and*
*Henoch Kaiman*


SIMPSON THACHER & BARTLETT LLP


By: _____
Joseph F. Tringali (JT 9575)
Paul C. Gluckow (PG 0159)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendant*
*Kohlberg Kravis Roberts & Company*

LATHAM & WATKINS LLP

By: _____
Kenneth Conboy (KC 1154)
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

-and-

E. Marcellus Williamson (EW 0026)
William R. Sherman (WS 0888)
555 11th Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 627-2201

*Attorneys for Defendant*
*TC Group, L.L.C. (sued herein as Carlyle Group)*


DEBEVOISE & PLIMPTON LLP


By: _____
John H. Hall (JH 1884)
Gary W. Kubek (GK 1739)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendant*
*Clayton, Dubilier & Rice*

LATHAM & WATKINS LLP


By: _____
Kenneth Conboy (KC 1154)
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

-and-

E. Marcellus Williamson (EW 0026)
William R. Sherman (WS 0888)
555 11th Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 627-2201

*Attorneys for Defendant*
*TC Group, L.L.C. (sued herein as Carlyle Group)*


DEBEVOISE & PLIMPTON LLP


By: _____
John H. Hall (JH 1884)
Gary W. Kubek (GK 1739)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendant*
*Clayton, Dubilier & Rice*

HUNTON & WILLIAMS LLP

By: _____
Wesley R. Powell (WP 7857)
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Attorneys for Defendant
Silver Lake Partners*

SIMPSON THACHER & BARTLETT LLP

By: _____
Kevin Arquit (KA 2139)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

- and -

Peter C. Thomas (PT 5677)
601 Pennsylvania Avenue, NW
North Building
Washington, D.C. 20004
Telephone: (202) 220-7735
Facsimile: (202) 220-7702

*Attorneys for Defendant
Blackstone Group*


KIRKLAND & ELLIS LLP


By: _____
Thomas D. Yannucci, P.C.
Craig S. Primis, P.C. (CP 5017)
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

- and -

James H. Mutchnik, P.C.
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant
Bain Capital LLC*

SIMPSON THACHER & BARTLETT LLP

By: _____
Kevin Arquit (KA 2139)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

- and -

Peter C. Thomas (PT 5677)
601 Pennsylvania Avenue, NW
North Building
Washington, D.C. 20004
Telephone: (202) 220-7735
Facsimile: (202) 220-7702

*Attorneys for Defendant*
*Blackstone Group*


KIRKLAND & ELLIS LLP

By: _____
Thomas D. Yannucci, P.C.
Craig S. Primis, P.C. (CP 5017)
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

- and -

James H. Mutchnik, P.C.
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant*
*Bain Capital LLC*

FEB-06-2007 06:59   WEIL GOTSHAL                                    212 735 4657   P.02

WEIL, GOTSHAL & MANGES LLP

By: */s/ Alan J. Weinschel*

Helene D. Jaffe (HJ 8435)
Alan J. Weinschel (AW 5659)
Fiona A. Schaeffer (FS 2839)
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Facsmile: 212-310-8007

*Counsel for Defendant Thomas H. Lee Partners*


ARNOLD & PORTER LLP


By: _____

Nancy G. Milburn (NM 9691)
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

- and -

William J. Baer
Franklin Liss
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant
Tarrant Partners, L.P.
(sued herein as Texas Pacific Group)*

TOTAL P.02

WEIL, GOTSHAL & MANGES LLP

By: _____
Helene D. Jaffe (HJ 8435)
Alan J. Weinschel (AW 5659)
Fiona A. Schaeffer (FS 2839)
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Facsmile: 212-310-8007

*Counsel for Defendant Thomas H. Lee Partners*

ARNOLD & PORTER LLP

By:   *Nancy G. Milburn*
Nancy G. Milburn (NM 9691)
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

- and -

William J. Baer
Franklin Liss
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant
Tarrant Partners, L.P.
(sued herein as Texas Pacific Group)*

KIRKLAND & ELLIS LLP

By: /s/ Peter A. Bellacosa
Peter A. Bellacosa (PB 2394)
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Richard C. Godfrey
J. Robert Robertson
200 East Randsolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant*
*Madison Dearborn Partners*


O'MELVENY & MYERS LLP

By: _____
Jonathan Rosenberg (JR9739)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:   (212) 326-2000
Facsimile:    (212) 326-2061

- and -

Richard Parker
Ian Simmons
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:    (202) 383-5414

*Attorneys for Defendant*
*Apollo Management LP*

KIRKLAND & ELLIS LLP

By: _____
Peter A. Bellacosa (PB 2394)
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Richard C. Godfrey
J. Robert Robertson
200 East Randsolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant*
*Madison Dearborn Partners*


O'MELVENY & MYERS LLP

By: _____
Jonathan Rosenberg (JR9739)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:   (212) 326-2000
Facsimile:   (212) 326-2061

- and -

Richard Parker
Ian Simmons
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

*Attorneys for Defendant*
*Apollo Management LP*

WEIL, GOTSHAL & MANGES LLP

By: /s/ James C. Egan, Jr.
James C. Egan, Jr. (JE1875)
1300 Eye Street, N.W.
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

*Attorneys for Defendant*
*Providence Equity Partners*


SHEARMAN & STERLING LLP

By: _____
Kenneth M. Kramer (KK1462)
Wayne Dale Collins (WC 0518)
Jerome S. Fortinsky (JF 1103)
Daniel M. Segal (DS 2106)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendant*
*Merrill Lynch & Co., Inc.*


WILLKIE FARR & GALLAGHER LLP

By: _____
Richard L. Posen (RP 3593)
Roger D. Netzer (RN 7190)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Defendant*
*Warburg Pincus LLC*

WEIL, GOTSHAL & MANGES LLP

By: _____
James C. Egan, Jr. (JE1875)
1300 Eye Street, N.W.
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

*Attorneys for Defendant
Providence Equity Partners*


SHEARMAN & STERLING LLP

By: _____
Kenneth M. Kramer (KK1462)
Wayne Dale Collins (WC 0518)
Jerome S. Fortinsky (JF 1103)
Daniel M. Segal (DS 2106)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendant
Merrill Lynch & Co., Inc.*


WILLKIE FARR & GALLAGHER LLP

By: _____
Richard L. Posen (RP 3593)
Roger D. Netzer (RN 7190)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Defendant
Warburg Pincus LLC*

WEIL, GOTSHAL & MANGES LLP

By: _____
James C. Egan, Jr. (JE1875)
1300 Eye Street, N.W.
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

*Attorneys for Defendant
Providence Equity Partners*

SHEARMAN & STERLING LLP

By: _____
Kenneth M. Kramer (KK1462)
Wayne Dale Collins (WC 0518)
Jerome S. Fortinsky (JF 1103)
Daniel M. Segal (DS 2106)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179

*Attorneys for Defendant
Merrill Lynch & Co., Inc.*

WILLKIE FARR & GALLAGHER LLP

By: _____
Richard L. Posen (RP 3593)
Roger D. Netzer (RN 7190)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Defendant
Warburg Pincus LLC*