Craig S. Primis (CP 5017)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5921
Facsimile: (202) 879-5200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SCANNED
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/07

L. A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,

   Plaintiffs,

- against -

KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; and WARBURG PINCUS, LLP.,

   Defendants.

Case No.: 06 CV 13210 (LLS)

ECF Case

**MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Craig S. Primis, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

   Applicant's Name:  Thomas D. Yannucci, P.C.
   Firm Name:         Kirkland & Ellis LLP
   Address:           655 Fifteenth Street, N.W.
   City/State/Zip:    Washington, D.C. 20005-5793
   Phone Number:      (202) 879-5056
   Fax Number:        (202) 879-5200

*Granted. No opposition. So Ordered.*
Louis L. Stanton
2/20/07