# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.A. MURPHY, MARVIN STERNHELL and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; AND WARBURG PINCUS, LLC.,<br><br>Defendants. | **ORIGINAL**<br><br>Case No.: 06 CV 13210 (LLS)<br><br>**MOTION TO ADMIT KEVIN C. WALSH, ESQ.** *PRO HAC VICE* |



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Wesley R. Powell and the certificates of good standing annexed thereto, I, Wesley R. Powell, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Kevin C. Walsh, Esq.
> Hunton & Williams LLP
> Riverfront Plaza, East Tower
> 951 East Byrd Street
> Richmond, VA 23219-4074
> Telephone: (804) 788-8200
> Facsimile: (804) 788-8218

Mr. Walsh is a member in good standing of the Bar of the State of Maryland, and the Bar of the State of Virginia and is admitted to practice before the following courts:

United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the Sixth Circuit; United States District Court for the Eastern District of Virginia; and United States District Court for the District of Maryland.

There are no pending disciplinary proceedings against Mr. Walsh in any State or Federal Court.

Date:   New York, NY
        February 20, 2007

Respectfully submitted,

HUNTON & WILLIAMS LLP

*[signature]*

Wesley R. Powell (WP7857)
200 Park Avenue
New York, NY 10166
Telephone:   (212) 309-1000
Facsimile:   (212) 309-1100

*Attorneys for Defendant*
*Silver Lake Partners*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

L.A. MURPHY, MARVIN STERNHELL and
HENOCH KAIMAN, on their own behalf and on
behalf of all others similarly situated,

                    Plaintiffs,

vs.

KOHLBERG KRAVIS ROBERTS & COMPANY;
CARLYLE GROUP; CLAYTON, DUBILIER &
RICE; SILVER LAKE PARTNERS; BLACKSTONE
GROUP; BAIN CAPITAL LLC; THOMAS H. LEE
PARTNERS; TEXAS PACIFIC GROUP; MADISON
DEARBORN PARTNERS; APOLLO
MANAGEMENT LP; PROVIDENCE EQUITY
PARTNERS; MERRILL LYNCH AND CO., INC.;
AND WARBURG PINCUS, LLC.,

                    Defendants.

Case No.: 06 CV 13210 (LLS)

**DECLARATION OF
WESLEY R. POWELL IN
SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO
HAC VICE*

---

**WESLEY R. POWELL**, hereby declares as follows:

1. I am a member of the bar of this Court and a partner of the law firm of Hunton & Williams LLP, counsel for Defendant Silver Lake Partners in the above-captioned action. I make this Declaration in support of the motion for an order admitting Kevin Walsh *pro hac vice* to the bar of this Court pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

2. Mr. Walsh is an associate of the law firm of Hunton & Williams LLP in Richmond, Virginia. He is a member in good standing of the Bar of the State of Maryland, and the Bar of the State of State of Virginia. A certificate of good standing for

Mr. Walsh obtained from the Bar of the State of Maryland is annexed hereto as Exhibit A. He is also admitted to practice before the following courts: United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the Sixth Circuit; United States District Court for the Eastern District of Virginia (certificate of good standing annexed hereto as Exhibit B); and United States District Court for the District of Maryland.

3. I agree to act as local counsel for Mr. Walsh and to observe the Rules of this Court governing the conduct of attorneys.

4. I respectfully request that Mr. Walsh be admitted *pro hac vice* to the bar of this Court for the purposes of appearing on behalf of defendant Silver Lake Partners in the above-captioned proceedings.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Date:   February 20, 2007

_____
Wesley R. Powell (WP7857)
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166
Telephone:   (212) 309-1000
Facsimile:   (212) 309-1100

*Attorneys for Defendant*
*Silver Lake Partners*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant Silver Lake Partners.

That on February 20, 2007, I served a true copy of the attached Motion for Admission Pro Hac Vice, via First Class Mail on all counsel at the address listed on the attached service list, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2007

_____
Bradford C. Mulder

## **SERVICE LIST**

<u>L. A. Murphy v. Kohlebr Kravis Roberts & Company; 06 CV 13210 (LLS)</u>

Fred T. Isquith
Gregory Nespole
Gustavo Bruckner
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016

*Attorneys for Plaintiffs L. A. Murphy,*
 *Marvin Sternhell and Henoch Kaiman*


Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Attorneys for Plaintiffs L. A. Murphy,*
*Marvin Sternhell and Henoch Kaiman*


Joseph F. Tringali
Paul C. Gluckow
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 100 17-3954

*Attorneys for Defendant*
*Kohlberg Kravis Roberts & Company*


Kenneth Conboy
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022

*Attorneys for Defendant TC Group, LLC*
*(sued herein as Carlyle Group)*

E. Marcellus Williamson
William Sherman
LATHAM & WATKINS LLP
555 11th Street, NW
Washington, DC 20004-1304

*Attorneys for Defendant TC Group, LLC
(sued herein as Carlyle Group)*


John H. Hall
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

*Attorneys for Defendant Clayton, Dubilier & Rice*


Kevin Arquit
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 100 17-3954

*Attorneys for Defendant Blackstone Group*


Peter C. Thomas
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, NW
North Building
Washington, D.C. 20004

*Attorneys for Defendant Blackstone Group*


Thomas D. Yannucci, P.C.
Craig S. Primis
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, D.C. 20005

*Attorneys for Defendant Bain Capital LLC*


James H. Mutchnik
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

*Attorneys for Defendant Bain Capital LLC*

Nancy G. Milburn
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022

*Attorneys for Defendant Tarrant Partners, LLP
(sued herein as Texas Pacific Group)*


William J. Baer
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Attorneys for Defendant

*Attorneys for Defendant Tarrant Partners, LLP
(sued herein as Texas Pacific Group)*


Peter A. Bellacosa
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53 Street
New York, NY 10022

*Attorneys for Defendant Madison Dearborn Partners*


Richard C. Godfrey
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

*Attorneys for Defendant Madison Dearborn Partners*


Mark Lee Kovner
Chong Seok Park
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005

*Attorneys for Defendant Madison Dearborn Partners*

James C. Egan, Jr.
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, D.C. 20005

*Attorneys for Defendant Providence Equity Partners*


Helene D. Jaffe
Alan Weinschel
Fiona Schaeffer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

*Attorneys for Defendant Thomas H Lee Partners*


Kenneth M. Kramer
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

*Attorneys for Defendant Merrill Lynch & Co., Inc.*


Richard L. Posen
Roger D. Netzer
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

*Attorneys for Defendant Warburg Pincus LLC*


Jonathan Rosenberg
O'MELVENY & MEYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

*Attorney for Defendant Apollo Management LP*


Richard George Parker
Ian Thomas Simmons
O'MELVENY & MEYERS LLP
1625 Eye Street NW
Washington, DC 20006

*Attorney for Defendant Apollo Management LP*

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )
                                )
                                ) ss.
                                )
EASTERN DISTRICT OF VIRGINIA    )

    I, FERNANDO GALINDO, Acting Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

    DO HEREBY CERTIFY that __Kevin Christian Walsh__, ID #70340, was duly admitted to practice in said Court on __June 16, 2005__ and is in good standing as a member of the bar of said Court.

FERNANDO GALINDO, ACTING CLERK

By: _____
           Deputy Clerk

Dated at Richmond, Virginia
on    __January 29, 2007__.

# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY that, KEVIN CHRISTIAN WALSH, ESQUIRE, BAR NUMBER 27178,** was duly admitted to practice in the United States District Court for the District of Maryland on May 30, 2003, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: February 2, 2007

*Tina Stavrou* (signature)
Tina Stavrou - Deputy Clerk