

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

L.A. MURPHY, MARVIN STERNHELL and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,

           Plaintiffs,

vs.

KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; AND WARBURG PINCUS, LLC.,

           Defendants.

**ORIGINAL**

Case No.: 06 CV 13210 (LLS)

**MOTION TO ADMIT R. HEWITT PATE, ESQ.**
*PRO HAC VICE*

---

Murphy et al v. Kohlberg Kravis Roberts & Company et al      Doc. 26

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Wesley R. Powell and the certificates of good standing annexed thereto, I, Wesley R. Powell, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    R. Hewitt Pate, Esq.
    Hunton & Williams LLP
    1900 K Street, N.W.
    Washington, DC 20006-1109
    Telephone: (202) 955-1500
    Facsimile: (202) 778-2201

Mr. Pate is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Virginia.

There are no pending disciplinary proceedings against Mr. Pate in any State or Federal Court.

Date:  New York, NY
       February 20, 2007

Respectfully submitted,

HUNTON & WILLIAMS LLP

_____
Wesley R. Powell (WP7857)
200 Park Avenue
New York, NY 10166
Telephone:   (212) 309-1000
Facsimile:   (212) 309-1100

*Attorneys for Defendant*
*Silver Lake Partners*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.A. MURPHY, MARVIN STERNHELL and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    vs.<br><br>KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; AND WARBURG PINCUS, LLC.,<br><br>       Defendants. | Case No.: 06 CV 13210 (LLS)<br><br>**DECLARATION OF WESLEY R. POWELL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

**WESLEY R. POWELL**, hereby declares as follows:

  1.  I am a member of the bar of this Court and a partner of the law firm of Hunton & Williams LLP, counsel for Defendant Silver Lake Partners in the above-captioned action. I make this Declaration in support of the motion for an order admitting R. Hewitt Pate *pro hac vice* to the bar of this Court pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

  2.  Mr. Pate is an attorney and partner of the law firm of Hunton & Williams LLP in Washington, D.C. He is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Virginia. Certificates of good standing for Mr. Pate

obtained from the Bar of the District of Columbia and the Bar of the State of Virginia are annexed hereto as Exhibit A and Exhibit B.

3.   I agree to act as local counsel for Mr. Pate and to observe the Rules of this Court governing the conduct of attorneys.

4.   I respectfully request that Mr. Pate be admitted *pro hac vice* to the bar of this Court for the purposes of appearing on behalf of defendant Silver Lake Partners in the above-captioned proceedings.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Date:  February 20, 2007

                                                Wesley R. Powell (WP7857)
Hunton & Williams LLP
200 Park Avenue
New York, NY  10166
Telephone:   (212) 309-1000
Facsimile:    (212) 309-1100

*Attorneys for Defendant*
*Silver Lake Partners*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant Silver Lake Partners.

That on February 20, 2007, I served a true copy of the attached Motion for Admission Pro Hac Vice, via First Class Mail on all counsel at the address listed on the attached service list, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2007

*[signature]*
Bradford C. Mulder

## SERVICE LIST

<u>L. A. Murphy v. Kohlebr Kravis Roberts & Company; 06 CV 13210 (LLS)</u>

Fred T. Isquith
Gregory Nespole
Gustavo Bruckner
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016

*Attorneys for Plaintiffs L. A. Murphy,*
 *Marvin Sternhell and Henoch Kaiman*


Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Attorneys for Plaintiffs L. A. Murphy,*
*Marvin Sternhell and Henoch Kaiman*


Joseph F. Tringali
Paul C. Gluckow
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 100 17-3954

*Attorneys for Defendant*
*Kohlberg Kravis Roberts & Company*


Kenneth Conboy
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022

*Attorneys for Defendant TC Group, LLC*
*(sued herein as Carlyle Group)*

E. Marcellus Williamson
William Sherman
LATHAM & WATKINS LLP
555 11th Street, NW
Washington, DC 20004-1304

*Attorneys for Defendant TC Group, LLC*
*(sued herein as Carlyle Group)*


John H. Hall
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

*Attorneys for Defendant Clayton, Dubilier & Rice*


Kevin Arquit
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 100 17-3954

*Attorneys for Defendant Blackstone Group*


Peter C. Thomas
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, NW
North Building
Washington, D.C. 20004

*Attorneys for Defendant Blackstone Group*


Thomas D. Yannucci, P.C.
Craig S. Primis
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, D.C. 20005

*Attorneys for Defendant Bain Capital LLC*


James H. Mutchnik
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

*Attorneys for Defendant Bain Capital LLC*

Nancy G. Milburn
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022

*Attorneys for Defendant Tarrant Partners, LLP*
*(sued herein as Texas Pacific Group)*


William J. Baer
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Attorneys for Defendant

*Attorneys for Defendant Tarrant Partners, LLP*
*(sued herein as Texas Pacific Group)*


Peter A. Bellacosa
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53 Street
New York, NY 10022

*Attorneys for Defendant Madison Dearborn Partners*


Richard C. Godfrey
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

*Attorneys for Defendant Madison Dearborn Partners*


Mark Lee Kovner
Chong Seok Park
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005

*Attorneys for Defendant Madison Dearborn Partners*

James C. Egan, Jr.
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, D.C. 20005

*Attorneys for Defendant Providence Equity Partners*


Helene D. Jaffe
Alan Weinschel
Fiona Schaeffer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

*Attorneys for Defendant Thomas H Lee Partners*


Kenneth M. Kramer
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

*Attorneys for Defendant Merrill Lynch & Co., Inc.*


Richard L. Posen
Roger D. Netzer
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

*Attorneys for Defendant Warburg Pincus LLC*


Jonathan Rosenberg
O'MELVENY & MEYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

*Attorney for Defendant Apollo Management LP*


Richard George Parker
Ian Thomas Simmons
O'MELVENY & MEYERS LLP
1625 Eye Street NW
Washington, DC 20006

*Attorney for Defendant Apollo Management LP*



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

R. HEWITT PATE

was on the 9TH day of JULY, 2001 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 30, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

Karen A. Gould, President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone (804) 545-2415

Howard W. Martin, Jr., President-elect
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Phillip V. Anderson, Immediate Past President
Frith Anderson & Peake, P.C
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

George W. Chabalewski
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

*January 26, 2007*

## CERTIFICATE OF GOOD STANDING

*THIS IS TO CERTIFY THAT* **ROBERT HEWITT PATE III** *IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.* **MR. PATE** *WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON* **OCTOBER 12, 1989,** *AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.*

*SINCERELY,*

*THOMAS A. EDMONDS*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*