UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| L.A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>    - against -<br><br>KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; and WARBURG PINCUS, LLP.,<br><br>                  Defendants. | Case No.:      06 CV 13210 (LLS)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiff/defendant BAIN CAPITAL LLC.

I certify that I am admitted to practice in this court.

Dated: February 26, 2007

s/Thomas D. Yannucci_____

Thomas D. Yannucci (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200

*Attorneys for Defendant Bain Capital LLC*