UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>- against -<br><br>KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; and WARBURG PINCUS, LLP.,<br><br>                Defendants. | Case No.:      06 CV 13210 (LLS)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiff/defendant BAIN CAPITAL LLC.

I certify that I am admitted to practice in this court.

Dated: February 26, 2007                s/Craig S. Primis

                                        Craig S. Primis (CP 5017)
                                        KIRKLAND & ELLIS LLP
                                        655 Fifteenth Street, N.W.
                                        Washington, DC 20005
                                        Telephone:    (202) 879-5000
                                        Facsimile:     (202) 879-5200

                                        *Attorneys for Defendant Bain Capital LLC*