UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.A. MURPHY, MARVIN STERNHELL, and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>- against -<br><br>KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; and WARBURG PINCUS, LLP.,<br><br>     Defendants. | Case No.:  06 CV 13210 (LLS)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant BAIN CAPITAL LLC.

I certify that I am admitted to practice in this court.

Dated: March 5, 2007

                 /s/James H. Mutchnik, P.C.

                 James H. Mutchnik, P.C. (admitted *pro hac vice*)
                 KIRKLAND & ELLIS LLP
                 200 E. Randolph Drive
                 Chicago, Illinois  60601
                 Telephone: (312) 861-2000
                 Facsimile: (312) 861-2200

                 *Attorneys for Defendant Bain Capital LLC*