SCANNED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

L.A. MURPHY, MARVIN STERNHELL and
HENOCH KAIMAN, on their own behalf and on
behalf of all others similarly situated,

Plaintiffs,

vs.

KOHLBERG KRAVIS ROBERTS & COMPANY;
CARLYLE GROUP; CLAYTON, DUBILIER &
RICE; SILVER LAKE PARTNERS; BLACKSTONE
GROUP; BAIN CAPITAL LLC; THOMAS H. LEE
PARTNERS; TEXAS PACIFIC GROUP; MADISON
DEARBORN PARTNERS; APOLLO
MANAGEMENT LP; PROVIDENCE EQUITY
PARTNERS; MERRILL LYNCH AND CO., INC.;
AND WARBURG PINCUS, LLC.,

Defendants.

Case No.: 06 CV 13210 (LLS)

**MOTION TO ADMIT R. HEWITT PATE, ESQ. *PRO HAC VICE***

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/07

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Wesley R. Powell and the certificates of good standing annexed thereto, I, Wesley R. Powell, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

R. Hewitt Pate, Esq.
Hunton & Williams LLP
1900 K Street, N.W.
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Mr. Pate is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Virginia.

*[Handwritten endorsement: Granted. No opposition. So ordered. Louis L. Stanton 3/6/07]*

There are no pending disciplinary proceedings against Mr. Pate in any State or Federal Court.

Date:  New York, NY
       February 20, 2007

                                        Respectfully submitted,

                                        HUNTON & WILLIAMS LLP

                                        _____
                                        Wesley R. Powell (WP7857)
                                        200 Park Avenue
                                        New York, NY 10166
                                        Telephone:  (212) 309-1000
                                        Facsimile:  (212) 309-1100

                                        *Attorneys for Defendant*
                                        *Silver Lake Partners*