**SCANNED**

**ORIGINAL**

MEMORANDUM ENDORSED

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

L.A. MURPHY, MARVIN STERNHELL and HENOCH KAIMAN, on their own behalf and on behalf of all others similarly situated,

          Plaintiffs,

vs.

KOHLBERG KRAVIS ROBERTS & COMPANY; CARLYLE GROUP; CLAYTON, DUBILIER & RICE; SILVER LAKE PARTNERS; BLACKSTONE GROUP; BAIN CAPITAL LLC; THOMAS H. LEE PARTNERS; TEXAS PACIFIC GROUP; MADISON DEARBORN PARTNERS; APOLLO MANAGEMENT LP; PROVIDENCE EQUITY PARTNERS; MERRILL LYNCH AND CO., INC.; AND WARBURG PINCUS, LLC.,

          Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/07

Case No.: 06 CV 13210 (LLS)

**MOTION TO ADMIT DAVID A. HIGBEE, ESQ. *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Wesley R. Powell and the certificate of good standing annexed thereto, I, Wesley R. Powell, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    David A. Higbee, Esq.
    Hunton & Williams LLP
    1900 K Street, N.W.
    Washington, DC 20006-1109
    Telephone: (202) 955-1500
    Facsimile: (202) 778-2201

Mr. Higbee is a member in good standing of the Bar of the State of Maryland.

*[Handwritten endorsement:]* Granted. No opposition. So Ordered. Louis L. Stanton 3/19/07