SCANNED   **ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

L.A. MURPHY, MARVIN STERNHELL and
HENOCH KAIMAN, on their own behalf and on
behalf of all others similarly situated,

      Plaintiffs,

vs.

KOHLBERG KRAVIS ROBERTS & COMPANY;
CARLYLE GROUP; CLAYTON, DUBILIER &
RICE; SILVER LAKE PARTNERS; BLACKSTONE
GROUP; BAIN CAPITAL LLC; THOMAS H. LEE
PARTNERS; TEXAS PACIFIC GROUP; MADISON
DEARBORN PARTNERS; APOLLO
MANAGEMENT LP; PROVIDENCE EQUITY
PARTNERS; MERRILL LYNCH AND CO., INC.;
AND WARBURG PINCUS, LLC.,

      Defendants.



33

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/07

Case No.: 06 CV 13210 (LLS)

**MOTION TO ADMIT
KEVIN C. WALSH, ESQ.
*PRO HAC VICE***

  PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Wesley R. Powell and the certificates of good standing annexed thereto, I, Wesley R. Powell, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Kevin C. Walsh, Esq.
    Hunton & Williams LLP
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, VA 23219-4074
    Telephone: (804) 788-8200
    Facsimile: (804) 788-8218

Mr. Walsh is a member in good standing of the Bar of the State of Maryland, and the Bar of the State of Virginia.

*Granted. No opposition. So ordered. Louis L. Stanton 3/19/07*

(MEMORANDUM ENDORSED)