
ORIGINAL

STANTON, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/07

-------------------------------------x

L.A. MURPHY, MARVIN STERNHELL, and
HENOCH KAIMAN, on their own behalf and on
behalf of all others similarly situated,

Plaintiffs,

vs.

KOHLBERG KRAVIS ROBERTS & COMPANY;
CARLYLE GROUP; CLAYTON, DUBILIER &
RICE; SILVER LAKE PARTNERS;
BLACKSTONE GROUP; BAIN CAPITAL LLC;
THOMAS H. LEE PARTNERS; TEXAS PACIFIC
GROUP; MADISON DEARBORN PARTNERS;
APOLLO MANAGEMENT LP; PROVIDENCE
EQUITY PARTNERS; MERRILL LYNCH AND
CO., INC.; and WARBURG PINCUS, LLC.,

Defendants.

-------------------------------------x

Case No.: 06 CV 13210 (LLS)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned attorneys, that this action is dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure with each party bearing its own costs.

Dated: June 1, 2007

SO ORDERED:

_____
Louis L. Stanton
U.S.D.J.

6/26/07

WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP

By: _____
Fred T. Isquith (FI 6782)
Gregory Nespole (GN 6820)
Gustavo Bruckner (GB 7701)
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

- and -

Mary Jane Edelstein Fait (ME 1434)
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

*Attorneys for Plaintiffs*
*L. A. Murphy, Marvin Sternhell and*
*Henoch Kaiman*


SIMPSON THACHER & BARTLETT LLP

By: _____
Joseph F. Tringali (JT 9575)
Paul C. Gluckow (PG 0159)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendant*
*Kohlberg Kravis Roberts & Company*

WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP

By: _____
Fred T. Isquith (FI 6782)
Gregory Nespole (GN 6820)
Gustavo Bruckner (GB 7701)
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

- and -

Mary Jane Edelstein Fait (ME 1434)
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephpone: (312) 984-0000
Facsimile: (312) 984-0001

*Attorneys for Plaintiffs*
*L. A. Murphy, Marvin Sternhell and*
*Henoch Kaiman*


SIMPSON THACHER & BARTLETT LLP

By: _____
Joseph F. Tringali (JT 9575)
Paul C. Gluckow (PG 0159)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendant*
*Kohlberg Kravis Roberts & Company*

LATHAM & WATKINS LLP

By: _____
Kenneth Conboy (KC 1154)
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

-and-

E. Marcellus Williamson (EW 0026)
William R. Sherman (WS 0888)
555 11th Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 627-2201

*Attorneys for Defendant
TC Group, L.L.C. (sued herein as Carlyle Group)*


DEBEVOISE & PLIMPTON LLP


By: _____
John H. Hall (JH 1884)
Gary W. Kubek (GK 1739)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendant
Clayton, Dubilier & Rice*

LATHAM & WATKINS LLP

By: _____
Kenneth Conboy (KC 1154)
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

-and-

E. Marcellus Williamson (EW 0026)
William R. Sherman (WS 0888)
555 11th Street, NW
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 627-2201

*Attorneys for Defendant*
*TC Group, L.L.C. (sued herein as Carlyle Group)*


DEBEVOISE & PLIMPTON LLP

By: _____
John B. Hall (JH 1894)
Gary W. Kubek (GK 1739)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendant*
*Clayton, Dubilier & Rice*

HUNTON & WILLIAMS LLP

By: _____ /KCW
Wesley R. Powell (WP 7857)
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Attorneys for Defendant
Silver Lake Partners*

SIMPSON THACHER & BARTLETT LLP

By: *[signature: Peter C. Thomas]*

Kevin Arquit (KA 2139)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

- and -

Peter C. Thomas (PT 5677)
601 Pennsylvania Avenue, NW
North Building
Washington, D.C. 20004
Telephone: (202) 220-7735
Facsimile: (202) 220-7702

*Attorneys for Defendant*
*Blackstone Group*


KIRKLAND & ELLIS LLP


By: _____
Thomas D. Yannucci, P.C.
Craig S. Primis, P.C. (CP 5017)
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

- and -

James H. Mutchnik, P.C.
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant*
*Bain Capital LLC*

SIMPSON THACHER & BARTLETT LLP

By: _____
Kevin Arquit (KA 2139)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

- and -

Peter C. Thomas (PT 5677)
601 Pennsylvania Avenue, NW
North Building
Washington, D.C. 20004
Telephone: (202) 220-7735
Facsimile: (202) 220-7702

*Attorneys for Defendant*
*Blackstone Group*


KIRKLAND & ELLIS LLP

By: _____
Thomas D. Yannucci, P.C.
Craig S. Primis, P.C. (CP 5017)
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

- and -

James H. Mutchnik, P.C.
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant*
*Bain Capital LLC*

WEIL, GOTSHAL & MANGES LLP

By: /s/ Alan J. Weinschel
Helene D. Jaffe (HJ 8435)
Alan J. Weinschel (AW 5699)
Fiona A. Schaeffer (FS 2839)
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007

*Counsel for Defendant Thomas H. Lee Partners*


ARNOLD & PORTER LLP


By: _____
Nancy G. Milburn (NM 9691)
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

- and -

William J. Baer
Franklin Liss
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant
Tarrant Partners, L.P.
(sued herein as Texas Pacific Group)*

WEIL, GOTSHAL & MANGES LLP

By: _____
Helene D. Jaffe (HJ 8435)
Alan J. Weinschel (AW 5659)
Fiona A. Schaeffer (FS 2839)
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007

*Counsel for Defendant Thomas H. Lee Partners*

ARNOLD & PORTER LLP

By: *Nancy G. Milburn*
Nancy G. Milburn (NM 9691)
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

- and -

William J. Baer
Franklin Liss
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant
Tarrant Partners, L.P.
(sued herein as Texas Pacific Group)*

KIRKLAND & ELLIS LLP

By: *[signature: Peter A. Bella]*

Peter A. Bellacosa (PB 2394)
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Richard C. Godfrey
J. Robert Robertson
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant
Madison Dearborn Partners*


O'MELVENY & MYERS LLP

By: _____

Jonathan Rosenberg (JR9739)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061

- and -

Richard Parker
Ian Simmons
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone:  (202) 383-5300
Facsimile:   (202) 383-5414

*Attorneys for Defendant
Apollo Management LP*

KIRKLAND & ELLIS LLP

By: _____
Peter A. Bellacosa (PB 2394)
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Richard C. Godfrey
J. Robert Robertson
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Defendant*
*Madison Dearborn Partners*


O'MELVENY & MYERS LLP

By: _____
Jonathan Rosenberg (JR9739)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

- and -

Richard Parker
Ian Simmons
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant*
*Apollo Management LP*

WEIL, GOTSHAL & MANGES LLP

By: _____
James C. Egan, Jr. (JE1875)
Carrie M. Anderson
1300 Eye Street, N.W.
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

*Attorneys for Defendant*
*Providence Equity Partners*


SHEARMAN & STERLING LLP

By: _____
Kenneth M. Kramer (KK1402)
Wayne Dale Collins (WC 0518)
Jerome S. Fortinsky (JF 1103)
Daniel M. Segal (DS 2106)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179

*Attorneys for Defendant*
*Merrill Lynch & Co., Inc.*

WEIL, GOTSHAL & MANGES LLP

By: _____
James C. Egan, Jr. (JE1875)
Carrie M. Anderson
1300 Eye Street, N.W.
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

*Attorneys for Defendant
Providence Equity Partners*


SHEARMAN & STERLING LLP

By: _____
Kenneth M. Kramer (KK1882)
Wayne Dale Collins (WC 8518)
Jerome S. Fortinsky (JF 1103)
Daniel M. Segal (DS 2106)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179

*Attorneys for Defendant
Merrill Lynch & Co., Inc.*

WILLKIE FARR & GALLAGHER LLP

By: _____
Richard L. Rosen (RP 3593)
Roger Netzer (RN 7190)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Defendant Warburg Pincus, LLC.*